IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCEL HARRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reconsider "Writ of Error *Audita Querela*" (Filing No. 1009). In the interests of consistency, the Court will grant defendant's motion to reconsider and reinstate the "Writ of Error Audita Querela" to be resolved in conjunction with the similar filings by co-defendants Johnny Ray Butler and Christopher Scott. Accordingly,

IT IS ORDERED:

1) Defendant's "Writ of Error *Audita Querela*" (Filing No. 984) is reinstated.

2) Plaintiff shall have until May 13, 2005, to file a response to said writ.

DATED this 20th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court